FILED 17 DEC '24 15:43 USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00459-IM |
| v. | INDICTMENT |
| KELLY FREDRIC BLUEBACK and<br>AERIEL BRITTANY SPEEDIS, | 18 U.S.C. §§ 113(a)(3), 1153<br>18 U.S.C. §§ 113(a)(6), 1153 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Assault with a Dangerous Weapon)**
**(18 U.S.C. §§ 113(a)(3) and 1153)**

On or about November 7, 2024, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **KELLY FREDRIC BLUEBACK,** an Indian, intentionally assaulted Adult Victim 1 (AV1), with a dangerous weapon, to wit: a tire iron, with the intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 2
**(Assault Resulting in Serious Bodily Injury)**
**(18 U.S.C. §§ 113(a)(6) and 1153)**

On or about November 7, 2024, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **KELLY FREDRIC BLUEBACK,** an Indian, did recklessly and intentionally assault AV1, with said assault resulting in serious bodily injury to AV1;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

## COUNT 3
### (Assault with a Dangerous Weapon)
### (18 U.S.C. §§ 113(a)(3) and 1153)

On or about November 7, 2024, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **AERIEL BRITTANY SPEEDIS**, an Indian, intentionally assaulted Adult Victim 2 (AV2), with a dangerous weapon, to wit: a tire iron, with the intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT 4
### (Assault Resulting in Serious Bodily Injury)
### (18 U.S.C. §§ 113(a)(6) and 1153)

On or about November 7, 2024, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **AERIEL BRITTANY SPEEDIS**, an Indian, did recklessly and intentionally assault AV2, with said assault resulting in serious bodily injury to AV2;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

Dated: December 17, 2024.

A TRUE BILL.

[signature redacted]

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Pamela Paaso*

PAMELA PAASO, TXSB #24060371
Assistant United States Attorney